UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) Docket No. 1:14-cr-00068-GZS<br>) (18 U.S.C. §§ 666(a) & 1163) |
| CHARLES FOURCLOUD, aka Arlynn<br>E. Knudsen, Arlyn Knudson, Arlyn<br>Eaglestar, Charles Johnson & Charles<br>Eaglestar | )<br>)<br>)<br>) |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
(Theft from an Indian Tribal Government)

On about May 14, 2013, within the District of Maine, the defendant

**CHARLES FOURCLOUD, aka Arlynn E. Knudsen, Arlyn Knudson, Arlyn Eaglestar,**

**Charles Johnson & Charles Eaglestar**

obtained by fraud property valued at $5,000 or more that was owned by and under the control of an Indian tribal government. Specifically, the defendant fraudulently obtained $15,000 that he claimed he was owed for moving expenses. The Indian tribal government was the Passamaquoddy Tribe at Pleasant Point and that government received in the one year period preceding May 14, 2013, benefits in excess of $10,000 from one or more Federal programs involving Federal assistance. At the time that the defendant obtained the property by fraud he was an agent of the Passamaquoddy Tribe at Pleasant Point.

The defendant thus violated Title 18, United States Code, Section 666(a).

## COUNT TWO
### (Embezzlement and Theft from an Indian Tribal Organization)

On about April 23, 2013, within the District of Maine, the defendant

**CHARLES FOURCLOUD, aka Arlynn E. Knudsen, Arlyn Knudson, Arlyn Eaglestar,**

**Charles Johnson & Charles Eaglestar**

did willfully and unlawfully embezzle, steal, and knowingly convert to his own use over $1,000 of the moneys and other property belonging to an Indian tribal organization. Specifically, the defendant obtained over $1,000 for travel expenses that he was not owed. The Indian tribal organization was the Passamaquoddy Tribe at Pleasant Point.

The defendant thus violated Title 18, United States Code, Section 1163.

## COUNT THREE
### (Embezzlement and Theft from an Indian Tribal Organization)

On about between June 28, 2013, and July 16, 2013, within the District of Maine, the defendant

**CHARLES FOURCLOUD, aka Arlynn E. Knudsen, Arlyn Knudson, Arlyn Eaglestar,**

**Charles Johnson & Charles Eaglestar**

did willfully and unlawfully embezzle, steal, and knowingly convert to his own use over $1,000 of the moneys and other property belonging to an Indian tribal organization. Specifically, the defendant obtained over $1,000 for travel expenses that he was not owed. The Indian tribal organization was the Passamaquoddy Tribe at Pleasant Point.

The defendant thus violated Title 18, United States Code, Section 1163.

## COUNT FOUR
### (Embezzlement and Theft from an Indian Tribal Organization)

Between on about July 25, 2013, and August 23, 2013, within the District of Maine, the defendant

**CHARLES FOURCLOUD, aka Arlynn E. Knudsen, Arlyn Knudson, Arlyn Eaglestar, Charles Johnson & Charles Eaglestar**

did willfully and unlawfully embezzle, steal, and knowingly convert to his own use over $1,000 of the moneys and other property belonging to an Indian tribal organization. Specifically, the defendant obtained over $1,000 for travel expenses that he was not owed. The Indian tribal organization was the Passamaquoddy Tribe at Pleasant Point.

The defendant thus violated Title 18, United States Code, Section 1163.

A TRUE BILL,
Original on file with the Clerk's Office

Date: May 15, 2014

Grand Jury Foreperson

_____
(Assistant) United States Attorney

3